**UNITED STATES OF AMERICA**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 7:21-MJ-677 |
| | § | |
| EULALIO RODRIGUEZ | § | |

**WAIVER OF PRELIMINARY HEARING AND**

**REQUEST FOR CANCELLATION OF DETENTION HEARING SETTING**

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, Eulalio Rodriguez, defendant in this case, by his attorney Victor R. Ramirez and files this Waiver of Preliminary Hearing and Request for Cancellation of Detention Hearing setting currently set for April 7, 2021 at 1:30 p.m. and for just cause would show the Court as follows:

I.

Mr. Eulalio Rodriguez, was arrested on or about April 2, 2021, and was charged with conspiracy to possess with intent to distribute a controlled substance, in violation of Title 21 U.S.C. § 846 & 841(a)(1).

II.

Movant concedes that the government possesses sufficient evidence to establish probable cause as required by law. This motion is being filed with the consent of Eulalio Rodriguez who agrees to the waiver of the Preliminary Hearing and Cancellation of Detention Hearing Setting.

WHEREFORE, PREMISES CONSIDERED, defendant prays that the Preliminary Hearing be waived and the Detention Hearings be cancelled.

Respectfully submitted,

Law Office of Victor R. Ramirez

905 E. Jackson Street
Brownsville, Texas 78520
(956) 621-2446
(956) 621-2433 (fax)


By: /s/ Victor R. Ramirez
    VICTOR R. RAMIREZ
    State Bar No. 24048750
    Federal ID No. 71135

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 6th day of April, 2021, a copy of the foregoing Waiver of the Preliminary and Detention Hearings, of the defendant, Eulalio Rodriguez was served by electronic filing upon Robert Wells, Assistant United States Attorney, Southern District of Texas.

    /s/ Victor R. Ramirez
    VICTOR R. RAMIREZ