# UNITED STATES OF AMERICA
## SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § | NO. 7:21-MJ-677 |
| EULALIO RODRIGUEZ | § § | |

### O R D E R

The Court having considered movant's Waiver of Preliminary Hearing and Request for Cancellation of Detention Hearing, of the defendant, Eulalio Rodriguez, in the above styled and numbered cause set for April 7, 2021 at 1:30 p.m. is of the opinion that the waiver is knowingly, intelligently, and voluntary made, and that movant hereby stipulates to the existence of probable cause and therefore the Court hereby orders the cancellation the Preliminary Hearing and Detention Hearings set for the above dates.

DONE, this the _____ day of April, 2021 at McAllen, Texas.

_____
HONORABLE J. SCOTT HACKER
UNITED STATES MAGISTRATE JUDGE